IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO: 4:21-CV-188-AW-MAF

LAURA ROBERTS,

    Plaintiff,

vs.

REGAL CINEMAS INC. d/b/a
REGAL GOVERNOR'S
SQUARE,

    Defendant.
_____/

## NOTICE OF RESOLUTION

COMES NOW Plaintiff, LAURA ROBERTS, by and through the undersigned counsel, pursuant to Local Rule 16.2(a), and hereby gives notice of resolution of pending claims and anticipates the matter to be fully resolved within sixty (60) days. The parties hereby request that all docketed court events be removed from the Court's calendar. Counsel for Defendant has been consulted and has no objection to this Notice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed and furnished via the Court's e-Filing Portal and by electronic mail to Brian Chojnowski, Esquire, 1705 Metropolitan Blvd, Suite 202, Tallahassee, FL 32308 [bec@kubickidraper.com; jrb@kubickidraper.com;

julie.duquetoro@kubickidraper.com; kabp@kubickidraper.com] this 4th day of April, 2022.

  /s/ *Todd C. Hunter, Jr*
Todd C. Hunter, Jr., Esquire
MORGAN & MORGAN
FBN 88659
313 North Monroe Street, Suite 401
Tallahassee, Florida 32301
Primary Email:   thunter@forthepeople.com
Secondary Email:  adoragh@forthepeople.com
pblanchette@forthepeople.com
Telephone: (850) 329-7685
Facsimile: (850) 201-2764
*Attorney for Plaintiff*